JOHN FRASCELLA, PLAINTIFF, v. HERMAN E. RAPHAEL, DEFENDANT.

Decided January 26, 1932.

For the plaintiff, *Charles A. Malloy.*

For the defendant, *Perlman & Lerner.*

Before OLIPHANT, Circuit Court judge, sitting as Supreme Court commissioner.

OLIPHANT, S. C. C. For the reasons set forth in the memorandum in the case of *Tarangioli* v. *Raphael,* 10 *N. J. Mis. R.* 171, filed of even date herewith, the motion to strike out the complaint will be granted. An order in conformity therewith may be presented.